**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6426
JUDGE CASTILLO
MAG. JUDGE COLE

In the Matter of                                                                 Case Number:

Laborers' Pension Fund and Laborers' Welfare Fund,
              Plaintiffs,
     v.
Alamo Construction, Alamo Excavation, and Daniel Powell
              Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

FILED
11-13-07
NOV 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Josiah A. Groff |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Allison, Slutsky & Kennedy, P.C. |

| STREET ADDRESS |
|---|
| 230 W. Monroe Street, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289628 | (312) 364-9400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐